UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-73 |
| | ) | (PHILLIPS/SHIRLEY) |
| LAWANNA BROCK, and | ) | |
| RONDAL BROCK | ) | |
| Defendants. | ) | |
| | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court upon Defendant Rondal Brock's Motion To Adopt Post-Hearing Brief On Suppression Of Evidence Seized [Doc. 61], filed on December 22, 2006. In said motion, Defendant seeks to join in Defendant LaWanna Brock's Post-Hearing Brief on Suppression of Seized Evidence [Doc. 56]. The Court hereby **GRANTS** Defendant Rondal Brock's motion [**Doc. 61**] and will permit him to adopt Defendant LaWanna Brock's Post-Hearing Brief On Suppression Of Seized Evidence [Doc. 56].

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge